PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail: parmeni@clarkhill.com
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I.B. a minor, by and through his parent, JESSICA ORTA<br><br>                    Plaintiff,<br><br>vs.<br><br>DARNELL CARDINES, MATT LANDAHLL, ANGELA MOORE, WENDY DE MILLE, MELISSA ROEHM, SAMUEL SCAVELLA, EMILY IGNACIO, LORENA BIASSOTTI, individually in personal capacity; CLARK COUNTY SCHOOL DISTRICT, DOES I through X; ROE Corporations I through X, inclusive,<br><br>                    Defendants. | CASE NO.: 2:25-cv-01786-JAD -NJK<br><br><br>**NOTICE OF DISSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Paola M. Armeni, Esq. of the law firm Clark Hill, PLC, is no longer counsel of record for the Plaintiff. Plaintiff will continue to be represented by Austin T. Barnum, Esq. of the law firm Womble Bond Dickinson. Please remove Paola M. Armeni, Esq. and Clark Hill, PLC from your Service List.

Dated this 17th day of December 2025.

IT IS SO ORDERED.
Dated: December 18, 2025
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

CLARK HILL, PLC

  /s/ Paola M. Armeni,Esq.
Nevada Bar No. 8357

1