**NTC**
Austin T. Barnum, Esq.
Nevada Bar No. 15174
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
austin@claggettlaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I.B. a minor, by and through his parent, JESSICA ORTA, <br><br> Plaintiff, <br><br> v. <br><br> DARNELL CARDINES, MATT LANDAHLL, ANGELA MOORE, WENDY DE MILLE, MELISSA ROEHM, SAMUEL SCAVELLA, EMILY IGNACIO, LORENA BIASSOTTI, individually in personal capacity; CLARK COUNTY SCHOOL DISTRICT, DOES I through X; ROE Corporations I through X, inclusive, <br><br> Defendants. | Case No.: 2:25-cv-01786-JAD-NJK <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that John Bragonje, Esq., of the law firm Womble Bond Dickinson (US) LLP is no longer counsel of record for the Plaintiff. Plaintiff will continue to be represented by Austin T. Barnum, Esq., of Claggett and Sykes Law Firm.

///

///

///

///

Page 1 of 3

Please remove John Bragonje, Esq., and Womble Bond Dickinson (US) LLP from your Service List.

Dated this 13th day of February 2026.

CLAGGETT & SYKES LAW FIRM

*/s/ Austin Barnum*

_____

Austin T. Barnum, Esq.
Nevada Bar No. 15174
*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated:  February 17, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Page 2 of 3