**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| I.B., et al., | Case No. 2:25-cv-01786-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 34] |
| Darnell Cardines, Inc., | |
| Defendant(s). | |

Pending before the Court is a non-party objection on behalf of ZFM.  Docket No. 34. Plaintiffs and Defendants must file, by June 24, 2026, written responses explaining their positions on the objection.

IT IS SO ORDERED.

Dated: June 12, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1