**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| I.B., et al.,<br><br>     Plaintiff(s),<br><br>v.<br><br>Darnell Cardines, Inc.,<br><br>     Defendant(s). | Case No. 2:25-cv-01786-JAD-NJK<br><br>**Order**<br><br>[Docket Nos. 36, 37] |

Pending before the Court are non-party objections on behalf of A.M. and N.D.  Docket Nos. 36, 37.[1]  Plaintiffs and Defendants must file, by June 24, 2026, written responses explaining their positions on the objections.

IT IS SO ORDERED.

Dated: June 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The latter objection itself included the name of the minor, so it has been sealed by the Court.  The contents of the objection simply indicate that parent Oscar Diaz objects to disclosure of his daughter's name and address given that she is a minor and he does not want her to be harassed.

1