MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102.
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
akke.levin@gtlaw.com
***Counsel for Defendants, Clark County School District, Darnell Cardines, Matt Landahll, Angela Moore, Wendy de Mille, Melissa Roehm, Samuel Scavella, Emily Ignacio, and Lorena Biassotti***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 Facsimile: (702) 792-9002

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

I.B., a minor, by and through his parent, JESSICA ORTA,

Plaintiff,

v.

DARNELL CARDINES, MATT LANDAHLL, ANGELA MOORE, WENDY DE MILLE, MELISSA ROEHM, SAMUEL SCAVELLA, EMILY IGNACIO, LORENA BIASSOTTI, individually in personal capacity; CLARK COUNTY SCHOOL DISTRICT, DOES I through X; ROE Corporations I through X, inclusive,

Defendants.

CASE NO. 2:25-cv-01786-JAD-NJK

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES IN SCHEDULING ORDER**

(FOURTH REQUEST)

Plaintiff I.B., a minor ("Plaintiff") and defendants Darnell Cardines, Matt Landahll, Angela Moore, Wendy de Mille, Melissa Roehm, Samuel Scavella, Emily Ignacio, Lorena Biassotti, and Clark County School District (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby submit the following Joint Stipulation and Proposed Order to Extend Deadlines pursuant to LR 26-3. This Stipulation affects only the rebuttal expert disclosure deadline and is filed more than 21 days

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 Facsimile: (702) 792-9002

before the expiration of the current rebuttal expert disclosure deadline. This is the Parties' Fourth Request to extend discovery deadlines.

**INTRODUCTION**

Plaintiff filed his complaint on September 22, 2025. ECF No. 1. Defendants filed their Answer to Complaint on November 17, 2025. ECF No. 15. The Parties submitted a joint proposed discovery plan on December 17, 2025. ECF No. 20. This Court issued the Scheduling Order the next day. ECF No. 21. On March 12, 2026, the Parties submitted a joint motion to amend the scheduling order. On March 13, 2026, the Court entered its Order granting the Parties' first stipulation to extend the scheduling order. ECF No. 29. On May 22, 2026, the Parties submitted their Stipulation and Proposed Order to Extend Discovery Deadlines. ECF No. 30. On May 26, 2026, the Court entered its Order granting the Parties' Second stipulation to extend. ECF No. 31. On August 7, 2026, the Parties submitted their Stipulation and Proposed Order to Extend Discovery Deadlines. ECF No. 45. On August 10, 2026, the Court entered its Order granting the Parties' Third stipulation to extend. ECF No. 46.

The Parties now jointly request a fourth amendment to the current scheduling order to extend the rebuttal expert disclosure deadline by 20 days, the discovery cut-off by 30 days, and the deadline to file dispositive motions by 30 days for the reasons stated below.

**I. STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

**INITIAL DISCLOSURES:** The Parties submitted reciprocal initial disclosures on December 31, 2025. On March 19, 2026, Plaintiff served his first supplemental disclosures. On May 4, 2026, Defendants served their first supplemental disclosures. On May 8, 2026, Defendants served their second supplemental disclosures. On May 13, 2026, defendant CCSD served its FERPA redaction list, and on May 15, 2025, CCSD served its first amended FERPA redaction list together with its privilege and redaction log. On May 22, 2026, Defendants served their third supplemental disclosures. On May 26, 2026, Plaintiff served his second supplemental disclosures. On June 15, 2026, Defendants served their fourth supplemental disclosures. On June 22, 2026, Defendants served their fifth supplemental disclosures. On June 24, 2026, Plaintiff served his third supplemental disclosures. On July 15, 2026, Plaintiff served his fourth

supplemental disclosures. On July 23, 2026, Defendants served their sixth supplemental disclosures. On July 28, 2026, Plaintiff served his fifth supplemental disclosures. On July 28, 2026, Plaintiff served his fifth supplemental disclosures. On October 7, 2026, Plaintiff served his sixth supplemental disclosures.

**CONFIDENTIALITY AGREEMENT:** From approximately January 7, 2026, to approximately March 4, 2026, the Parties engaged in discussions pertaining to a Confidentiality Agreement and considerations arising from the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g. The parties agreed to the terms of the Confidentiality Agreement on March 4, 2026.

**WRITTEN DISCOVERY:** On February 19, 2026, Plaintiff served each of defendants Angela Moore, Wendy De Mille, Samuel Scavella, Melissa Roehm, Matt Landahl, Lorena Biassotti, Emily Ignacio, and Darnell Cardines with separate interrogatories and requests for production of documents. In total, Plaintiff served 361 requests for production and 132 interrogatories. Given the scope and volume of these requests, on March 3, 2026, Defendants requested an extension to the deadline for responses thereto, which Plaintiff granted.

On April 17, 2026, Defendants served their respective responses to Plaintiff's interrogatories and document requests.

On May 11, 2026, Defendants served Plaintiff with interrogatories, requests for production of documents, and requests for admissions.

On May 13, 2026, Defendants served a records subpoena on Jessica Orta, Plaintiff's parent.

The Parties' counsel met and conferred on May 8, 2026, and again on May 15, 2026, regarding Defendants' objections and supplemental responses to written discovery.

Between May 22, 2026, and July 23, 2026, each of the nine Defendants served supplemental and amended responses to Plaintiff's interrogatories and requests for production of documents.

On June 24, 2026, Plaintiff responded to Defendants' interrogatories, requests for production of documents, and requests for admissions.



GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 Facsimile: (702) 792-9002

On July 28, 2026, Plaintiff supplemented their Responses to Defendants' first set of requests for production of documents.

**EXPERT DISCOVERY**: On October 14, 2026, Plaintiff served his initial expert disclosures.

## II. SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS

**WRITTEN DISCOVERY:** Although all Parties have served responses and supplemental responses to the written discovery requests, they may need to further supplement their responses as warranted, and there remains time to do so before the close of discovery.

**EXPERT DISCLOSURES:** Defendants plan on making rebuttal expert disclosures to respond to Plaintiff's initial expert disclosures if the upcoming October 27 mediation is unsuccessful.

**DEPOSITIONS:** Plaintiff anticipates deposing all Defendants, including a 30(b)(6) deposition of the designee for Defendant Clark County School District. Plaintiff further expects to depose Defendants' rebuttal experts should they be disclosed. Defendants anticipate deposing Plaintiff I.B. and his mother, Jessica Orta. Defendants further expect to depose Plaintiff's retained experts and may depose other percipient or expert witnesses identified by Plaintiff.

**SUPPLEMENTAL DISCLOSURES:** The Parties will supplement their disclosures and discovery responses as needed.

## III. REASONS WHY THE DEADLINES WERE NOT SATISFIED

Pursuant to LR 26-3, good cause exists to extend the remaining discovery deadlines by sixty days. "The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1177 (D. Nev. 2022). Here, good cause exists to extend the remaining discovery deadlines.

The Parties are scheduled to participate in mediation before Judge Abbi Silver (Ret.) on October 27, 2026. The current expert rebuttal disclosure deadline is November 13, 2026. If the case settles, there will be no need for rebuttal expert witnesses or further discovery, but if the case does not settle, the Defendants need a bit more time for making rebuttal expert disclosures than the 15 days that would otherwise remain. The Parties therefore seek to extend the current

rebuttal expert deadline by 20 days, the discovery deadline by 30 days, and the dispositive motion deadline by 30 days to avoid that any new deadline falls on or right after the Holidays. Therefore, the Parties request to amend the current deadlines as follows:

## IV. PROPOSED SCHEDULE

| TITLE | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Initial Disclosures | No Change | No Change |
| Amend pleadings/add parties | No Change | No Change |
| Initial Experts | No Change | No Change |
| Rebuttal Experts | November 13, 2026 | December 3, 2026 |
| Discovery Cutoff | December 14, 2026 | January 13, 2027 |
| Dispositive Motions | January 13, 2027 | February 12, 2027 |

## V. CONCLUSION

For the above stated reasons, the Parties submit that there is good cause to extend the deadlines in this Court's scheduling order.

DATED this 21st day of October 2026.

**CLAGGETT & SYKES LAW FIRM**

By: /s/ Austin T. Barnum
AUSTIN T. BARNUM, ESQ.
Nevada Bar No. 15174
4101 Meadows Lane
Suite 100
Las Vegas, Nevada 89107
***Attorneys for Plaintiff***

**GREENBERG TRAURIG, LLP**

By: /s/ Akke Levin
MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
***Counsel for Clark County School District, Darnell Cardines, Matt Landahll, Angela Moore, Wendy de Mille, Melissa Roehm, Samuel Scavella, Emily Ignacio, and Lorena Biassotti***

IT IS SO ORDERED.
Dated: October 21, 2026

.
.

Nancy J. Koppe
United States Magistrate Judge

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 Facsimile: (702) 792-9002